*Archibald Walt* v. *James Crawford, adm'r, &c. et al.* H. F. Clark and E. Sandford, for appellant; J. T. Brady and J. Rhoades, for respondent. Order appealed from reversed with costs to be paid by respondents J. Ferris and C. Ferris; and their petition dismissed with costs to be taxed. Proceedings remitted to vice chancellor; to the end that the master may proceed and complete the sale and file his report, so that the purchaser may obtain possession of the premises.